IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COLONIAL BANCGROUP, INC.,  ) | |
|     Plaintiff,  ) | |
|                     ) | CIVIL ACTION NO. |
|   v.  ) | 2:10CV198-MHT |
|                     ) | |
| FEDERAL DEPOSIT INSURANCE  ) | |
| CORPORATION, in its  ) | |
| capacity as receiver for  ) | |
| Colonial Bank,  ) | |
|                     ) | |
|     Defendant.  ) | |

ORDER GRANTING MOTION TO EXTEND DEADLINE

Upon consideration of the joint motion of the parties to extend the deadline under the July 12, 2010 scheduling order for amending the pleadings and adding parties, it is

ORDERED that the motion is GRANTED.  This order is entered by the bankruptcy judge pursuant to the July 12, 2010 district court order referring discovery matters to the bankruptcy court.

Done, this 13th day of October, 2010.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge