UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

```
-----------------------------------------------------------x
                                                           :
                                                           :
THE COLONIAL BANCGROUP, INC.,                              :
                                                           :
        Plaintiff,                                         :
                                                           :
v.                                                         :     Case No. 2:10-cv-00198
                                                           :
FEDERAL DEPOSIT INSURANCE                                  :
CORPORATION, AS RECEIVER FOR                               :
COLONIAL BANK,                                             :
                                                           :
        Defendant.                                         :
                                                           :
-----------------------------------------------------------x
```

### THIRD JOINT MOTION TO EXTEND DEADLINE
### TO AMEND PLEADINGS OR ADD PARTIES

Plaintiff The Colonial BancGroup, Inc. ("BancGroup") and defendant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), respectfully move the Court (the "Third Motion") to further extend the deadline for both BancGroup and the FDIC-Receiver to amend their respective pleadings in the above-captioned civil action or to add parties thereto (or, to the extent applicable, to seek leave of the Court to do so) from **December 15, 2010** to **January 20, 2011**. In support of this Third Motion, BancGroup and the FDIC-Receiver state as follows:

### Background

1.  On August 14, 2009, Colonial Bank was closed by the Alabama State Banking Department, and the FDIC-Receiver was appointed as its receiver. Upon its appointment as receiver, pursuant to 12 U.S.C. § 1821(d)(2)(A)(i), the FDIC-Receiver succeeded, *inter alia*, to all rights, titles, powers, and privileges of the bank.

2.  On August 25, 2009 (the "Petition Date"), BancGroup filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Middle District of

Alabama, Northern Division (the "Bankruptcy Court"). BancGroup is a corporation formed under the laws of the State of Delaware and, prior to the Petition Date, was headquartered and conducted business at 100 Colonial Bank Boulevard, Montgomery, Alabama 36117. BancGroup was the holding company for Colonial Bank prior to the order closing Colonial Bank.

3. On November 19, 2009, BancGroup filed a proof of claim in the receivership proceeding for Colonial Bank. On January 6, 2010, the FDIC-Receiver disallowed BancGroup's proof of claim.

4. On March 5, 2010, BancGroup filed the Complaint in this action contesting the FDIC-Receiver's disallowance of BancGroup's proof of claim. On May 28, 2010, BancGroup amended the Complaint in this Court [Doc. No. 20]. On June 25, 2010, the FDIC-Receiver filed its answer to the amended Complaint [Doc. No. 22], and, with BancGroup's written consent, amended its answer on October 26, 2010 [Doc. No. 37].

5. In July of 2010, the parties submitted a joint scheduling report and proposed discovery plan. Thereafter, the Court entered a Uniform Scheduling Order, which provides, in relevant part, that "Motions to amend the pleadings and to add parties shall be filed by the plaintiff on or before October 15, 2010, and by the defendant on or before October 15, 2010." [Doc. No. 28 at 2, § 4].

6. On October 12, 2010, BancGroup and the FDIC-Receiver filed a motion jointly requesting the Court to extend the deadline to amend pleadings or add parties from October 15, 2010 to November 15, 2010 (the "First Motion") [Doc. No. 35]. In the First Motion, the parties stated that:

> The parties request this relief because a significant portion of the records, including electronically stored information, relevant to this dispute are or may be in the possession of Branch Banking & Trust Company ("BB&T"). For some time, the parties have been in discussions with counsel for BB&T to obtain access to relevant information, but additional time is necessary to attempt to reach agreement on the scope and terms of any production by BB&T of such information. The parties are hopeful that a one-month extension of the deadline to amend pleadings will allow them sufficient time to complete these discussions and obtain such information.

7. On October 13, 2010, the First Motion was granted and the deadline to amend pleadings or add parties was extended to November 15, 2010.

8.      On November 12, 2010, BancGroup and the FDIC-Receiver filed a second motion jointly requesting the Court to extend the deadline to amend pleadings or add parties from November 15, 2010 to December 15, 2010 (the "Second Motion") [Doc. No. 38].  On November 15, 2010, the Second Motion was granted and the deadline to amend pleadings or add parties was extended to December 15, 2010.

**Relief Requested**

9.      By this Third Motion, BancGroup and the FDIC-Receiver request the Court to extend the deadline to amend the pleadings in this action and to add parties thereto from December 15, 2010 to January 20, 2011.

10.     The parties request this relief because both BancGroup and the FDIC-Receiver are continuing their respective investigations in this matter, including the gathering of documentation and information relevant to the claims and defenses asserted herein.  In addition, as noted in the First Motion, a significant portion of the records, including electronically stored information, relevant to this dispute are or may be in the possession of Branch Banking & Trust Company ("BB&T").  The parties remain engaged in discussions with counsel for BB&T to obtain access to relevant information, but additional time is still necessary to attempt to reach agreement on the scope and terms of any production by BB&T of such information.  The parties are hopeful that an additional one-month extension of the deadline to amend pleadings will allow them sufficient time to complete these discussions as well as to make further progress in their respective investigations.

11.     The parties are also in discussions regarding a broader scheduling change in this matter and expect to file a motion with the Court setting forth the parties' joint request in the near future.

**Conclusion**

12.     BancGroup and the FDIC-Receiver respectfully request that the Court grant the relief requested herein and such other and further relief as may be just and proper.

13.     Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Rufus T. Dorsey, IV certifies that he has the express permission and agreement of counsel for the FDIC-Receiver to affix his

respective electronic signature hereon and further certifies that the parties are in agreement on the relief requested herein.

| | |
|---|---|
| Dated:  Montgomery, Alabama<br>          December 13, 2010 | Respectfully submitted, |
| /s/ Rufus T. Dorsey, IV<br>Rufus T. Dorsey, IV<br>C. Edward Dobbs<br>Parker, Hudson, Rainer & Dobbs LLP<br>1500 Marquis Two Tower<br>285 Peachtree Center Avenue, N.E.<br>Atlanta, Georgia 30303<br>T: (404) 523-5300<br>F: (404) 522-8409<br><br>Attorneys for The Colonial BancGroup, Inc. | /s/ Michael A. Fritz, Sr.<br>Michael A. Fritz, Sr.<br>Fritz & Hughes LLC<br>7020 Fain Park Drive Suite 1<br>Montgomery, Alabama  36117<br>T: (334) 215-4422<br><br>   - and -<br><br>John J. Clarke, Jr.<br>DLA Piper LLP (US)<br>1251 Avenue of the Americas<br>New York, New York  10020-1104<br>T: (212) 335-4500<br>F: (212) 335-4501<br><br>Attorneys for the<br>  Federal Deposit Insurance Corporation<br>  as Receiver for Colonial Bank |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served on December 13, 2010, by transmission of Notices of Electronic Filing generated by CM/ECF to persons registered as of issuance of filing as set forth below:

    C. Edward Dobbs (ced@phrd.com)

    Jeremy R. Johnson (jeremy.johnson@dlapiper.com)

    John J. Clarke, Jr. (john.clarke@dlapiper.com)

    J. Dorman Walker, Jr. (dwalker@balch.com)

    Michael A. Fritz, Sr. (bankruptcy@fritzandhughes.com)

    Michael D. Hynes (michael.hynes@dlapiper.com)

    Spencer D. Stiefel (spencer.stiefel@dlapiper.com)

    Thomas R. Califano (thomas.califano@dlapiper.com)

    W. Clark Watson (cwatson@balch.com)

Dated: December 13, 2010        */s/ Rufus T. Dorsey, IV*
                                        One of the Attorneys for The Colonial BancGroup, Inc.

                                        C. Edward Dobbs, Esq.
                                        Rufus T. Dorsey, IV, Esq.
                                        PARKER, HUDSON, RAINER & DOBBS LLP
                                        1500 Marquis Two Tower
                                        285 Peachtree Center Avenue NE
                                        Atlanta, Georgia 30303
                                        (404) 523-5300
                                        (404) 522-8409
                                        edobbs@phrd.com
                                        rdorsey@phrd.com