IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| COLONIAL BANCGROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL DEPOSIT INSURANCE )<br>CORPORATION, in its )<br>capacity as receiver for )<br>Colonial Bank, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:10CV198-MHT |

ORDER GRANTING MOTION TO EXTEND DEADLINE

Upon consideration of the joint motion of the parties to extend the deadline under the November 15, 2010 order for amending the pleadings and adding parties, it is

ORDERED that the motion is GRANTED, and the deadline is EXTENDED to January 20, 2011.

This order is entered by the bankruptcy judge pursuant to the July 12, 2010 district court order referring discovery matters to the bankruptcy court.

Done, this 14th day of December, 2010.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge