IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| THE COLONIAL BANCGROUP, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:10cv198-MHT |
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for Colonial Bank, | ) ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to modify (Doc. No. 42) is granted.

(2) The uniform scheduling order (Doc. No. 28) is modified in the following respects:

(A) The pretrial is reset for September 8, 2011, and the trial is reset for term of court beginning on October 11, 2011, with all deadlines expressly tied to these two dates adjusted accordingly.

(B) The deadline for completing discovery is extended to August 5, 2011.

(C) The deadlines for expert reports are extended to May 16, 2011, for plaintiff and June 16, 2011, for defendant.

(D) The deadline for amended pleadings and adding parties is extended to March 1, 2011.

(E) All other deadlines are unchanged.

DONE, this the 4th day of January, 2011.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**