UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 2:2010-00198 |
| ) | |
| FEDERAL DEPOSIT INSURANCE ) | |
| CORPORATION, AS RECEIVER FOR ) | |
| COLONIAL BANK, ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE OF
ANDREW P. CAMPBELL

TO:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, The Colonial Bancgroup, Inc.

Respectfully submitted,


   /s   Andrew P. Campbell
Andrew P. Campbell


Andrew P. Campbell
Caroline Smith Gidiere
Stephen D. Wadsworth
Leitman, Siegal, Payne & Campbell PC
420 N. 20th Street, Suite 2000
Birmingham, AL 35203
205.251.5900
Fax 205.323.2098
acampbell@lspclaw.com
cgidiere@lspclaw.com
swadsworth@lspclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**The Colonial BancGroup, Inc.**

Brent William Herrin
Cohen Pollock Merlin & Small PC
3350 Riverwood Pkwy SE, Suite 1600
Atlanta, GA 30339-3539
770.858.1288
fax 770.858.1277
bherrin@cpmas.com

Benjamin I. Finestone
David L. Elsberg
Kevin S. Reed
Peter E. Calamari
Quinn Emanuel Urquhart
    & Sullivan LLP
51 Madison Avenue
new York, NY 10010
212.849.7000
fax 212.849.7100
benjaminfinestone@quinnemanuel.com
davidelsberg@quinnemanuel.com
kevinreed@quinnemanuel.com
petercalamari@quinnemanuel.com

**Federal Deposit Insurance Corporation**

John J. Clarke Jr.
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4500
john.clarke@dlapiper.com

Jeremy Roy Johnson
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4762
fax 212.335.4501
jeremy.johnson@dlapiper.com

Michael D. Hynes
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4942
Fax 212.884.8642
michael.hynes@dlapiper.com

Spencer D. Stiefel
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4500
spencer.stiefel@dlapiper.com

Thomas R. Califano
DLA Piper LLP
1251 Avenue of the Americas
New York, NY 10020
212.335.4990
fax 212.884.8690
thomas.califano@dlapiper.com

Michael Aaron Fritz Sr.
Fritz Hughes & Hill LLC
1784 Taliaferro Trail, Suite A
Montgomery, AL 36117
334.215.4422
bankruptcy@fritzandhughes.com

Charles B. Lee
Miller & Martin PLLC
832 Georgia Avenue, Suite 1000
Chattanooga, TN 37402
423.785.8214
Fax 423.321.1565
clee@millermartin.com

Jennifer B. Grippa
Miller & Martin PLLC
1170 Peachtree Street, Suite 800
Atlanta, GA 30309-7706
404.962.6467
fax 404.962.6300

Jeffrey E. Schmitt
Kathryn Norcross
FDIC
3501 Fairfax Drive
Arlington, VA 22226
703.562.2429

**PricewaterhouseCoopers LLP**

Elizabeth V. Tanis
Jonathan W. Jordan
King & Spalding LLP
1180 Peachtree Street, NE
Atlanta, GA 30309
404.572.4660
fax 404.572.5131
etanis@kslaw.com
jjordan@kslaw.com

Geoffrey Michael Ezgar
King & Spalding LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
605.590.0700/0740
Fax 650.590.1900
gezgar@kslaw.com

Tabor Robert Novak Jr.
Ball Ball Mathhews & Novak PA
P. O. Box 2148
Montgomery, AL 36102-2148
334.387.7680
Fax 334.387.3222
tnovak@ball-ball.com

    /s  Andrew P. Campbell
    OF COUNSEL