UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

THE COLONIAL BANCGROUP, INC.,

    Plaintiff,

    v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver
for Colonial Bank,

    Defendant.

Case No. 2:10-cv-0198 (MHT)

## MOTION OF THE FDIC-RECEIVER FOR
## SUMMARY JUDGMENT ON ALL CLAIMS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Federal Deposit Insurance Corporation, as receiver for Colonial Bank (the "FDIC-Receiver"), respectfully submits this motion for summary judgment in its favor as to all claims asserted in the amended complaint in this action.  In support of this motion, the FDIC-Receiver relies upon the complaint, the accompanying statement of undisputed facts, the declarations filed in support of the motion, the exhibits, deposition transcripts and other evidentiary materials that are attached to those declarations, the accompanying memorandum of law in support of the motion, and all prior proceedings had in this action and in the action styled *In re The Colonial BancGroup, Inc.*, No. 2:10-cv-0409 (MHT) (M.D. Ala.).  The motion will be heard at a date and time to be determined by the Court.

## REQUEST FOR ORAL ARGUMENT

The FDIC-Receiver respectfully requests that the Court schedule oral argument with respect to this motion.

Dated: Montgomery, Alabama
August 15, 2011

   /s/ Michael A. Fritz, Sr.
Michael A. Fritz, Sr.
Fritz Hughes & Hill, LLC

Of Counsel:                  1784 Talieferro Trail, Suite A
Montgomery, AL 36117

Charles B. Lee               T: (334) 215-4422
Miller & Martin PLLC
Suite 1000 Volunteer Bldg.     - and –
832 Georgia Avenue
Chattanooga, Tennessee 37402  John J. Clarke, Jr.
(423) 756-6600              Thomas R. Califano
Michael D. Hynes
Spencer Stiefel
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York  10020-1104
(212) 335-4500

Attorneys for the
 Federal Deposit Insurance Corporation
 as receiver for Colonial Bank

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies he is one of the attorneys for defendant FDIC-Receiver and that on August 15, 2011, a true and correct copy of the foregoing document, and all other documents referenced herein, were filed with this Court's ECF system in this action, which will cause the electronic service of this, and all other, documents upon all persons registered in this action to receive CM/ECF notifications as of its filing to include the following:

Brent W. Herrin
Cohen Pollock Merlin & Small, P.C.
3350 Riverwood Parkway, Suite 1600
Atlanta, GA  30339

Peter E. Calamari
Kevin Reed
David L. Elsberg
Benjamin I. Finestone
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010

Andrew P. Campbell
Caroline Smith Gidiere
Stephen D. Wadsworth
Leitman, Siegal, Payne & Campbell PC
420 N. 20th Street, Suite 2000
Birmingham, AL 35203

          /s/ Michael A. Fritz, Sr.
            Michael A. Fritz, Sr.

3