IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., ) ) ) Plaintiff, ) ) v. ) ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, as Receiver ) for Colonial Bank, ) ) Defendant. ) | CIVIL ACTION NO. 2:10cv198-MHT |

ORDER

It is ORDERED that defendant's motion for judgment on the pleadings (doc. no. 44) is denied without prejudice. The arguments advanced in this motion are carried with the case and are subsumed by the pending motions for summary judgment and will be addressed in resolution of these motions.

DONE, this the 26th day of September, 2011.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE