IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


THE COLONIAL BANCGROUP,  )
INC.,                    )
                         )
Plaintiff,               )
                         )   CIVIL ACTION NO.
v.                       )    2:10cv198-MHT
                         )
FEDERAL DEPOSIT INSURANCE )
CORPORATION, as Receiver )
for Colonial Bank,       )
                         )
Defendant.               )

_____

In RE:                   )
                         )   CIVIL ACTION NO.
COLONIAL BANCGROUP, INC.,  )    2:10cv409-MHT
                         )
    Debtor.              )
                         )


ORDER SETTING HEARING

The Federal Deposit Insurance Corporation, The
Colonial BancGroup, Inc., and non-party Branch Banking
and Trust Company filed a JOINT MOTION FOR A PROTECTIVE
ORDER in each of the above-styled cases.

The motions are set for hearing at the United States

Bankruptcy Court, Courtroom #4C, United States Courthouse Annex, One Church Street, Montgomery, Alabama, on Thursday, October 20, 2011 at 2:00 p.m. by TELEPHONE. See page two for instructions for participating in the hearing

Done this 14th day of October, 2011.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

Instructions for Participating in Hearing

Each party desiring to be heard MUST CALL conferencing services at least 5 minutes prior to the commencement of court.

PHONE: 877–807-5706
ACCESS CODE: 361328

You will be asked to provide the access code and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while  court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

- Do not place the phone on hold during the call as many companies utilize background music
- Do not conduct work such as paper shuffling or keyboard typing with an open line
- Do not address the court until called upon
- Maintain telephone silence while waiting and refrain from making unnecessary noise
- Mute telephone as applicable
- Follow conference coordinator instructions as provided