IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE COLONIAL BANCGROUP, INC., ) ) ) Plaintiff, ) ) v. ) ) FEDERAL DEPOSIT INSURANCE ) CORPORATION, as Receiver ) for Colonial Bank, ) ) Defendant. ) | CIVIL ACTION NO. 2:10cv198-MHT |

ORDER

It is ORDERED that the motion for status conference (doc. no. 165) is granted to the extent that the pretrial and trial are continued generally and the current unexpired deadlines are suspended.

DONE, this the 13th day of February, 2012.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE